IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 6:09-cr-60058-MC |
| **Plaintiff,** | |
| v. | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| **JAIME DUARTE-OCHOA,** | |
| **Defendant.** | |

This matter having come before the Court upon the defendant's motion for compassionate release, and the government, through AUSA Amy Potter, having agreed the Court should grant a sentence reduction to time served, and the Court having found that extraordinary and compelling reasons exist and that the factors under 18 U.S.C. § 3553(a) warrant grant of a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i),

IT IS HEREBY ORDERED that, effective on September 25, 2020, the motion to reduce the term of imprisonment imposed in this case to time served is GRANTED;

IT IS FURTHER ORDERED that an amended judgment shall be issued in this case reducing the sentence to time served effective on September 25, 2020, with all previously imposed conditions of supervised release remaining unchanged.

Dated this  23rd  day of September, 2020.

                                           s/Michael J. McShane
                                  The Honorable Michael J. McShane
                                  Judge, U.S. District Court

Submitted by:

 /s/ Stephen R. Sady
Stephen R. Sady
Attorney for Defendant